FILED
Charlotte
Sep 10 2025
U.S. District Court
Western District of N.C.

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>ROBERT LEWIS ELLIOTT, III et al<br><br>Defendant | )<br>)<br>) Case No. 3:25 cr 238-KDB<br>)<br>) |

REC'D USMS W/NC C
'25 AUG 21 AM 8:41

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **(1) ROBERT LEWIS ELLIOTT, III**,

who is accused of an offense or violation based on the following document filed with the court:
☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 371
18 U.S.C. § 472
18 U.S.C. § 2

Date: 8/19/25

*Issuing officer's signature*

City and state: Charlotte, North Carolina

KATHERINE H. SIMON, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 8/19/25, and the person was arrested on *(date)* 9/10/25
at *(city and state)* Okolona, MS.

Date: 9/10/25

*Arresting officer's signature*

Ernest Wrenn - Special Agent
*Printed name and title*