# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL ACTION NO. 3:25-CR-00238-KDB-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **ORDER** |
| ROBERT LEWIS ELLIOTT III AND DEVIN ALONZO ELLIOTT, | |
| Defendants. | |

**THIS MATTER IS BEFORE THE COURT** on its own motion and the motion of Defendant Robert Lewis Elliot, III (Doc. No. 15) to continue this matter from November 3, 2025.[1] In accordance with 18 U.S.C. § 3161(c)(2), the Court finds this matter is not yet ready for trial.

The Court further finds that the other Defendant's cases is "joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted," 18 U.S.C. § 3161(h)(6), and that failure to continue this matter would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). The Court further finds that the ends of justice served by taking such action outweigh the best interest of the public and Defendants to a speedy trial.

**IT IS THEREFORE ORDERED** that trial of this matter be scheduled for the next term of court. The Clerk is directed to certify copies of this Order to Defendants, Counsel for Defendants, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

---

[1] It appears that Defendant may have mistakenly referred to the October 23, 2025, status conference date when asking to move docket call from the "October trial term."

**SO ORDERED.**
Signed: September 25, 2025

Kenneth D. Bell
United States District Judge